JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT C. BRUNOEHLER, | Case No.: CV 15-688 DMG (JEMx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JEREMY R. TARTWATER, et al., | |
| Defendants. | |

Pursuant to the Court's October 28, 2016 Order dismissing the above-captioned action with prejudice, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants and against Plaintiff.

DATED: October 28, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-