JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUEANN RAND, EXECUTOR OF THE ESTATE OF PLAINTIFF DWIGHT C. BRUNOEHLER, DECEASED,<br><br>               Plaintiff,<br><br>    v.<br><br>JEREMY R. TARWATER, AND CHARLES E. KOEPKE,<br><br>               Defendants. | Case No. CV 15-688-DMG (JEMx)<br><br>**JUDGMENT** |

-2-

The Court having granted the motion for summary judgment of Defendants Jeremy R. Tarwater and Charles E. Koepke by order dated December 17, 2021 [Doc. # 155],

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants and against Plaintiff SueAnn Rand. All other defendants who have not been identified and served are dismissed under Federal Rule of Civil Procedure 4(m).

DATED: December 17, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE